**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

MARK BURTON                                                                PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 5:06cv12-DCB-JMR

CONTINENTAL CASUALTY COMPANY,
CNA FINANCIAL CORPORATION and
LOEWS CORPORATION                                                       DEFENDANTS

<u>**ORDER**</u>

This matter comes before the Court on CNA Financial Corporation's Motion to Dismiss [**docket entry no. 13**], and Loews Corporation's Motion to Dismiss [**docket entry no. 15**].  The plaintiff does not oppose said motions [docket entries nos. 27 & 28].  Accordingly,

IT IS HEREBY ORDERED that CNA Financial Corporation's Motion to Dismiss [**docket entry no. 13**] is **GRANTED.**

IT IS FURTHER ORDERED that Loews Corporation's Motion to Dismiss [**docket entry no. 15**] is **GRANTED.**

SO ORDERED, this the 13th day of December, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE